IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Civil Action No. 06-0004 |
| PARCELS OF REAL PROPERTY LOCATED IN HEMPFIELD TOWNSHIP, WESTMORELAND COUNTY, PENNSYLVANIA AND VARIOUS VEHICLES, | ) ) ) ) ) ) |
| Defendants. | ) |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 2nd day of July, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the following Defendant Vehicles that are the subject of the forfeiture action at Civil Action No. 06-0004 be, and hereby, are forfeited to the United States of America free and clear of all right, title and interest of any person or entity:

2005 Suzuki motorcycle, VIN JS1GR7JA952101368
2004 Suzuki motorcycle, VIN JS1GT75A142100385
2004 Suzuki motorcycle, VIN JS1GN7CA142104675
2003 Bombardier Jet Ski, VIN ZZN254098303
2004 Bombardier Jet Ski, VIN ZZN42194C404
1967 Pontiac, VIN 223377U124372
1967 Pontiac, VIN 223677U133504
2001 GMC, VIN 1GKCT18W71K205411
1996 Suzuki motorcycle, VIN JS1GR7DA4T2100184
2003 Honda, VIN JH2AE03003K301210
2001 Harley Davidson motorcycle, VIN 1HD1GEV121Y310201
2004 Off-road Vehicle, VIN LE8ZGHLC241102965
2001 Trailer, VIN 4H1001317103O4626
1998 Trailer, VIN 457CADC08W1009321
2004 Trailer, VIN 1Z98020243T177370
2004 Trailer, VIN 4U01C14244A017772
1978 Chevrolet, VIN CKL148F330164
1978 GMC, VIN TCL4488534725
1979 Chevrolet, VIN CKL1491140808
1985 Chevrolet, VIN 1GCGK24M6FF441235
1997 Plymouth, VIN 2P4GP4430VR375742
1990 Chevrolet, VIN 1gnev18k6lf121756
2003 E-ton motorcycle off-road vehicle, VIN RFZ5EE0C33A001824

The Clerk shall mark this case closed.

_____
J.