IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0004 |
| ) | |
| PARCELS OF REAL PROPERTY LOCATED ) | |
| IN HEMPFIELD TOWNSHIP, WESTMORELAND ) | |
| COUNTY, PENNSYLVANIA AND VARIOUS ) | |
| VEHICLES, ) | |
| Defendants. ) | |

## O R D E R

AND NOW, this 23 day of July, 2008, upon consideration of the United States' Motion to Dismiss without Prejudice, it is hereby ORDERED, ADJUDGED, AND DECREED, that the following parcels of real property are dismissed without prejudice: (1) the real property known and numbered as 2 Penn Manor Rd., Penn, PA 15675, including all improvements, fixtures, and appurtenances thereto or therein, as more fully described in the deed recorded in the Recorder of Deeds Office of Westmoreland County, Pennsylvania at instrument number 200012060025680; and (2) the real property located in Hempfield Township, County of Westmoreland, PA including all improvements, fixtures, and appurtenances thereto or therein, as more fully described in the deed attached hereto and recorded in the Recorder of Deeds Office of Westmoreland County, Pennsylvania at Deed Book Volume 3620, Page 93.

_____ J.